THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CHARLES P. GRANERE,<br><br>                    Plaintiff,<br><br>v.<br><br>BRIAN NIELSON et al.,<br><br>                    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:22-CV-88-DN<br><br>District Judge David Nuffer |

      Plaintiff, Charles P. Granere, filed a prisoner civil-rights complaint, under 42 U.S.C.S. § 1983 (2022). He now moves to voluntarily dismiss his complaint without prejudice. (ECF No. 10.) Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the plaintiff's request."

      IT IS ORDERED that Plaintiff's motion to dismiss his complaint without prejudice is GRANTED. (ECF No. 10.) This action is CLOSED.

      DATED this 6th day of February, 2023.

                                    BY THE COURT:

                                    _____<br>
                                    JUDGE DAVID NUFFER<br>
                                    United States District Court